

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

Instructions: Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME: **Jeffrey Antonelli**

FIRM: **Law Office of Jeffrey J. Antonelli dba Antonelli Law Ltd.**

STREET ADDRESS: **100 North LaSalle Street, Suite 2400**

CITY/STATE/ZIP: **Chicago, IL 60602**

PHONE NUMBER: **312-201-8310**

E-MAIL ADDRESS: **Jeffrey@Antonelli-Law.com**

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): **6271875**

If you have previously filed an appearance with
this Court using a different name, enter that name:

List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 12-cv-02886 | Barnabee, et al v. Alta Colleges | Ruben Castillo |
| 12-cv-07933 | Merz v. Target Corporation | James Zagel |
| 11-cv-07188 | Anderson v. Holy See, et al | Ruben Castillo |
| 02-cv-08700 | Adams v. Catrambone | Maria Valdez |
|  |  |  |
|  |  |  |

_____     ____April 24, 2013____
Attorney's Signature                                                   Date